USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/23/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
**SHARIDAN STILES** and **STILES 4 U, INC.,**

      **Plaintiffs,**

   **-against-**

**WALMART INC.** and **AMERICAN INTERNATIONAL INDUSTRIES, INC. .,**

      **Defendants.**
------------------------------------------------------------ X

**1:20-cv-00047 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of non-party Coty Inc.'s letter dated March 17, 2020, informing the Court that Plaintiffs have withdrawn their subpoena. ECF No. 27. The Parties are hereby **ORDERED** to respond to said letter on or before **March 25, 2020**.

**SO ORDERED.**

**Dated: March 23, 2020**
     **New York, New York**

               **ANDREW L. CARTER, JR.**
               **United States District Judge**