USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/2/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

SHARIDAN STILES and STILES 4 U, INC.,

                          Plaintiffs,

      -against-                                1:20-mv-00047

                                             (ALC) **ORDER**

WALMART INC. and AMERICAN
INTERNATIONAL INDUSTRIES, INC. .,

                         Defendants.

---------------------------------------------------------- X

**ANDREW L. CARTER, JR., United States District Judge:**

       In light of non-party Coty Inc.'s intent to withdraw its motion to quash the subpoena, the Parties and the Movant are directed to file a Joint Status Report addressing the pending motions to seal on or before **April 10, 2020**.

**SO ORDERED.**

**Dated:**    **April 2, 2020**
               **New York, New York**

                                                        **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**