USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

SHARIDAN STILES and STILES 4 U, INC.,

       Plaintiffs,

  -against-

WALMART INC. and AMERICAN
INTERNATIONAL INDUSTRIES, INC..,

       Defendants.

------------------------------------------------------------- X

1:20-mc-00047 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of the Parties' and Movant's letters dated March 17, 2020, March 25, 2020 and April 10, 2020. ECF Nos. 27, 29, 31. In light of Plaintiffs Sharidan Stiles's and Stiles 4 U, Inc.'s withdrawal of the subpoena, non-party Coty Inc.'s motion to quash, *see* ECF No. 1 and Plaintiffs' motions to seal, *see* ECF Nos. 17, 19, are **DENIED** as moot. The Clerk of the Court is respectfully requested to terminate this case.

**SO ORDERED.**

Dated: **April 15, 2020**
    **New York, New York**

                _____
                **ANDREW L. CARTER, JR.**
                **United States District Judge**